**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **DOUG OSBORN,** | ) | **CASE NO. 8:03CV538** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **APAC CUSTOMER SERVICES, INC.,** | ) | |
| **an Illinois corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' Notice of Dismissal by Stipulation

(Filing No. 44).  The notice complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii).

Accordingly,

IT IS ORDERED:

1)    The Notice of Dismissal by Stipulation (Filing No. 44) is approved, and the

relief requested therein is granted;

2)    The Complaint and all claims in this action are dismissed with prejudice;

3)    Unless otherwise agreed by and between them, the parties shall pay their

own costs and attorney fees.

DATED this 25th day of May, 2005.

BY THE COURT

s/Laurie Smith Camp
United States District Judge